UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN D.,[1]

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No. 2:24-cv-12139
District Judge Stephen J. Murphy, III
Magistrate Judge Kimberly G. Altman

### ORDER REGARDING PLAINTIFF'S ATTORNEY'S MOTION TO WITHDRAW AS COUNSEL (ECF No. 11) AND SETTING RESPONSE DATE FOR THE MOTION AND SUSPENDING SUMMARY JUDGMENT MOTION DEADLINES

I.

This is a social security case. Plaintiff Karen D. brings this action under 42 U.S.C. § 405(g), challenging the final decision of the Commissioner of Social Security denying her application for Disability Insurance Benefits (DIB) and Supplemental Security Income (SSI) under the Social Security Act (the Act).

---

[1] Consistent with guidance regarding privacy concerns in Social Security cases by the Judicial Conference Committee on Court Administration and Case Management, this district has adopted a policy to identify plaintiffs by only their first names and last initials. *See also* Fed. R. Civ. P. 5.2(c)(2)(B).

1

(ECF No. 1). The matter has been referred to the undersigned for all pretrial proceedings. (ECF No. 10).

## II.

Plaintiff is currently represented by David M. Trentadue (Trentadue) of the Trentadue Law Group, PLC, and Bryan Konoski (Konoski) of Konoski & Partners, P.C. Trentadue appears to be local counsel and Konoski has filed all of the papers on Plaintiff's behalf to this point.

On November 1, 2024, Konoski moved to withdraw as counsel and for an extension of time for Plaintiff to file her motion for summary judgment. (ECF No. 11). The motion for summary judgment is currently due on November 15, 2024. (ECF No. 8).

Plaintiff and Trentadue are ordered to respond to this motion by **November 15, 2024**. If the motion to withdraw is granted and if local counsel also seeks to withdraw, Plaintiff will be given time to obtain new counsel or to proceed *pro se*, i.e. without an attorney. Because Plaintiff's response is required, Konoski is directed to serve a copy of the motion to withdraw on Plaintiff as soon as practicable, if he has not done so already; the docket does not reflect Plaintiff's current address.

2

### III.

Additionally, due to Konoski's motion, the current summary judgment motion deadlines are SUSPENDED. The Court will set new dates for both parties' motions after the motion to withdraw is resolved.

SO ORDERED.

Dated: November 5, 2024  
Detroit, Michigan

s/Kimberly G. Altman  
KIMBERLY G. ALTMAN  
United States Magistrate Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 5, 2024.

s/Julie Owens  
Case Manager